UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CENTURY SURETY COMPANY,

   Plaintiff,

v.                                                       Case No: 8:23-cv-202-CEH-SPF

RADIANT ASSET MANAGEMENT, INC.
and KENTWAN WIMBUSH,

   Defendants.
_____/

## ORDER

     This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Sean P. Flynn on October 5, 2023 (Doc. 16). In the Report and Recommendation, Magistrate Judge Flynn recommends that: (1) Plaintiff's Motion for Final Default Judgment (Doc. 15) be granted; (2) The Court direct the Clerk to enter a final default judgment for Plaintiff; and (3) The Court direct the Clerk to close the case. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

     Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is now,

     **ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 16) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Motion for Final Default Judgment (Doc. 15) is **GRANTED**, as Plaintiff has no duty to defend Radiant and no duty to indemnify Radiant regarding Mr. Kentwan Wimbush's bodily injury claims in the underlying lawsuit.

(3) A default declaratory judgment will be entered by separate order, at which time the case will be closed.

**DONE AND ORDERED** at Tampa, Florida on November 20, 2023.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Sean P. Flynn
Counsel of Record